MIRANDA KANE (SBN 150630)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mkane@conmetkane.com

*Attorney for Noah Roskin-Frazee*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NOAH ROSKIN-FRAZEE,<br><br>        Defendant. | CASE NO. 3:23-CR-00471-WHO<br><br>**NOTICE OF APPEARANCE OF MIRANDA KANE** |

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

      PLEASE TAKE NOTICE THAT Miranda Kane, of the law firm Conrad | Metlitzky | Kane LLP, hereby enters her appearance as counsel for Defendant Noah Roskin-Frazee in the above-captioned action, and hereby requests that all noticed given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

> Miranda Kane (SBN 150630)
> mkane@conmetkane.com
> **CONRAD | METLITZKY | KANE LLP**
> Four Embarcadero Center, Suite 1400
> San Francisco, CA 94111
> Telephone:    (415) 343-7100
> Facsimile:    (415) 343-7101

DATED: January 15, 2024                            Respectfully submitted,

                                                                     CONRAD | METLITZKY | KANE LLP

                                                                     */s/ Miranda Kane*
                                                                     MIRANDA KANE
                                                                     Attorney for NOAH ROSKIN-FRAZEE