# ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Lisa J. Cisneros<br>U.S. Magistrate Judge | **RE:** | Roskin-Frazee, Noah |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:23-cr-00471-WHO-1 |
| **Date:** | 2/13/24 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Vanessa Vargas　　　　　　　　　　　　　　　(415) 961-1493

U.S. Pretrial Services Officer Assistant　　　　　　**TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

**[x]** Modification(s) to Add:

    **A. Defendant may travel to the Eastern District of California to travel to and from his residence in San Francisco, California, and his residence in Claremont, California only.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____
**JUDICIAL OFFICER** *(signed)*　　　　　　　February 13, 2024
　　　　　　　　　　　　　　　　　　　　　　　**DATE**