UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 16, 2024  **Time:** 2 minutes 2:17 p.m. to 2:19 p.m.  **Judge:** WILLIAM H. ORRICK

**Case No.**: 23-cr-00471-WHO-1   **Case Name:** UNITED STATES v. Noah Roskin-Frazee

**Attorney for Plaintiff:** Nikhil Bhagat
**Attorney for Defendant:** Lily Kim
**Defendant:** [ X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis   **Reported by:** Summer Fisher
**Interpreter:** n/a   **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for first status conference before the District Judge. The case involves voluminous discovery, the bulk of which has been produced by the government. Defense will need additional time to review that material.

**CASE CONTINUED TO: August 15, 2024 at 1:30 p.m. for further Status Conference**

**EXCLUDABLE DELAY:**
| | |
|---|---|
| Category | Effective preparation of counsel |
| Begins | May 16, 2024 |
| Ends | August 15, 2024 |