| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 20M | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Brittany Sims | REPORTER/FTR Liberty Recording: 3:36-3:56 p.m. | |
| MAGISTRATE JUDGE Lisa J. Cisneros | DATE June 27, 2024 | NEW CASE ☐ | CASE NUMBER 23-cr-00471-WHO |

### APPEARANCES

| DEFENDANT Noah Roskin-Frazee | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Elizabeth Kim and Miranda Kane | PD. ☐ RET. ☒ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Nikhil Bhagat | | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Vanessa Vargas | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING — Held | ☐ IA REV PROB. or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS  ☐ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION  ☐ ARRAIGNED ON INDICTMENT  ☐ READING WAIVED SUBSTANCE  ☐ WAIVER OF INDICTMENT FILED

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED ☐  CASH $  CORPORATE SECURITY ☐  REAL PROPERTY: ☐

☐ MOTION FOR DETENTION  ☐ PRETRIAL SERVICES REPORT  ☐ DETAINED  ☐ RELEASED  ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED  ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED  ☐ NOT GUILTY  ☐ GUILTY  GUILTY TO COUNTS: ☐

☐ PRESENTENCE REPORT ORDERED  ☐ CHANGE OF PLEA  ☐ PLEA AGREEMENT FILED  OTHER:

### CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Proffers heard. The Court grants the stipulation to modify conditions of pre-trial release to allow the defendant to travel internationally. The Court directs PTS to submit a revised proposed cover sheet detailing the bond modifications.

DOCUMENT NUMBER: