UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 17, 2024          **Time:** 3 minutes          **Judge:** WILLIAM H. ORRICK
                                    1:36 p.m. to 1:39 p.m.

**Case No.**: 23-cr-00471-WHO-1          **Case Name:** UNITED STATES v. Noah Roskin-Frazee

**Attorney for Plaintiff:**    Nikhil Bhagat
**Attorney for Defendant:**    Miranda Kane
**Defendant:** [ X ] Present   [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis                 **Reported by:** Marla Knox
**Interpreter:** n/a                         **Probation Officer:** n/a

## PROCEEDINGS

This is the second appearance before the District Judge in this matter. Production of discovery is largely complete. Counsel would like additional time to complete the production and review. The government requests that the next appearance be set as either a change of plea hearing or trial setting. The Court will not order that at this time but agrees that the time appropriate for determining how this matter will be brought to resolution is at hand.

**CASE CONTINUED TO: December 5, 2024 at 1:30 p.m. for further Status Conference**

**EXCLUDABLE DELAY:**
Category      Effective preparation of counsel
Begins        October 17, 2024
Ends          December 5, 2024