MARTHA BOERSCH (CABN 126569)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NOAH ROSKIN-FRAZEE AND KEITH LATTERI,<br><br>    Defendants. | NO. CR 23-471 WHO<br>[FILED DECEMBER 12, 2023] |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NOAH ROSKIN-FRAZEE,<br><br>    Defendant. | NO. CR-25-00053 MAG<br>[FILED FEBRUARY 26, 2025]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. Specifically, the later-filed case is a related information

NOTICE OF RELATED CASES
U.S. v. ROSKIN-FRAZEE, ET AL                                                                       v. 7/10/2018

related to the same conduct as in the earlier-filed case; the defendant intends to plead guilty to the charges contained in both charging documents as part of a global resolution. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

     Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: February 26, 2025

Respectfully submitted,

MARTHA BOERSCH
Attorney for the United States
Acting under Authority Conferred
by 28 U.S.C. § 515

/s/ Nikhil Bhagat

_____
NIKHIL BHAGAT
Assistant United States Attorney